UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION DIVISION

IN RE:  CASE NO. 11-30365
CHAPTER 13

Emily C Graeff

JUDGE LAURA K GRANDY

DEBTOR   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, RUSSELL C. SIMON, TRUSTEE files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  US BANK NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 7 | 6933 | $36,352.92 | $36,352.92 | $36,352.92 |
| Total Amount Paid by Trustee | | | | $36,352.92 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit        ___ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

**THE CREDITOR IS HEREBY NOTIFIED THAT AN APPROPRIATE RESPONSE MUST BE FILED NO LATER THAN 21 DAYS FROM THE DATE OF THIS NOTICE.  ABSENT A TIMELY RESPONSE, AN ORDER DEEMING THE DEFAULT ON THE CLAIM HAS BEEN PAID IN FULL, AS WELL AS ANY AMOUNT(S) PROVIDED FOR THROUGH THE PLAN, WILL BE ENTERED BY THE COURT WITHOUT FURTHER HEARING.**

Date:  March 15, 2016                            /s/ RUSSELL C. SIMON, TRUSTEE
                                                 RUSSELL C. SIMON, TRUSTEE
                                                 Chapter 13 Trustee
                                                 24 BRONZE POINTE
                                                 SWANSEA, IL  62226

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, March 15, 2016.

/s/ Mindy

Emily C Graeff
32 Woodside Dr
Belleville, IL  62223


US BANK NA
C/O OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL  33409


MICHAEL J BENSON
801 LINCOLN HIGHWAY, STE B
FAIRVIEW HEIGHTS, IL 62208

OCWEN LOAN SERVICING LLC
P. O. BOX 24605
WEST PALM BEACH, FL  33416-4605


BURKE COSTANZA & CARBERRY
9191 BROADWAY
MERRILLVILLE, IN  46410