IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In proceedings under |
|   Emily C Graeff | ) | Chapter 13 |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Bk. No.:  11-30365 |
| | ) | |

## MOTION TO REDUCE AMOUNT OF CLAIM

RUSSELL C. SIMON, TRUSTEE in the above case states:

    1.  That a claim was filed in the above proceeding by Debtor(s)' Attorney (MICHAEL J BENSON) on behalf of ILLINOIS DEPARTMENT OF REVENUE, in the amount of $300.00 (Claim #10).

    2.  That the undersigned Trustee is informed by said entity that the total principal amount to be paid by the Trustee to the creditor should be reduced to $135.27 for the reason that:

   The creditor has sent the Trustee a refund check on this account.

    WHEREFORE, the Trustee prays that the claim be reduced from $300.00 to $135.27, and for all other relief this court deems just and equitable.

                              **/s/ Russell C. Simon**
                                RUSSELL C. SIMON, Trustee
                                Chapter 13 Trustee
                                24 Bronze Pointe
                                Swansea, Illinois  62226
                                Telephone: (618) 277-0086
                                Telecopier: (618) 234-0124

Dated: May 17, 2016
RLS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Trustee's Motion to Reduce Amount of Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Tuesday, May 17, 2016.

/s/Rebecca

Emily C Graeff
32 Woodside Dr
Belleville, IL  62223

MICHAEL J BENSON
801 LINCOLN HIGHWAY, STE B
FAIRVIEW HEIGHTS, IL 62208

ILLINOIS DEPARTMENT OF REVENUE
100 WEST RANDOLPH, LEVEL 7-425
BANKRUPTCY UNIT
CHICAGO, IL 60601

GOLDENBERG HELLER ANTOGNOLI &
ROWLAND PC
P. O. BOX 959
2227 S STATE ROUTE 157
EDWARDSVILLE, IL 62025